Joseph SHANE v. Thomas BARGER and Commercial Casualty Insurance Company, Garnishee-Appellant.

No. 8130.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 5, 1942.

Decided Nov. 12, 1942.

Samuel S. Herman, of Philadelphia, Pa. (George L. Cogan, of Philadelphia, Pa., on the brief), for appellant.

Langdon W. Harris, Jr., of Philadelphia, Pa. (Harris, Hammond and Harris, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below 48 F. Supp. 151, is affirmed.